

# IN THE
# TENTH COURT OF APPEALS

—————————

## No. 10-17-00071-CV

## IN RE GEICO CHOICE INSURANCE COMPANY

—————————

## Original Proceeding

---

## MEMORANDUM OPINION

---

The petition for writ of mandamus is denied. TEX. R. APP. P. 52.8(d). The stay

ordered by this Court on March 8, 2017 is lifted.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
          Justice Davis, and
          Justice Scoggins
Petition Denied
Opinion delivered and filed October 25, 2017
[OT06]

